Duhart-Neal v Monroe County (2024 NY Slip Op 04021)

Duhart-Neal v Monroe County

2024 NY Slip Op 04021

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, DELCONTE, AND HANNAH, JJ.

523 CA 23-00714

[*1]STEPHANIE DUHART-NEAL, AS ADMINISTRATOR OF THE ESTATE OF SAMUEL NEAL, JR., DECEASED, PLAINTIFF-APPELLANT,
v
MONROE COUNTY, MONROE COMMUNITY HOSPITAL AND JOHN/JANE DOES #1-5, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

THE RUSSELL FRIEDMAN LAW GROUP, LLP, GARDEN CITY (NEIL FLYNN OF COUNSEL), FOR PLAINTIFF-APPELLANT.
JOHN P. BRINGEWATT, COUNTY ATTORNEY, ROCHESTER (ALISSA M. BRENNAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Monroe County (Victoria M. Argento, J.), entered March 23, 2023. The order denied the motion of plaintiff for an order, inter alia, deeming service of the amended and supplemental notice of claim valid or for leave to serve the amended and supplemental notice of claim. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Duhart-Neal v Monroe County ([appeal No. 2] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court